# REPRESENTATIVE CLAIM CHART 2:
## OSÉ 2 AND CLAIM 1 OF U.S. PATENT NO. 9,763,851 ("THE '851 PATENT")

| Claim Language of the '851 Patent | Osé 2 |
|---|---|
| **1.** A stimulation device for a clitoris, comprising: | The Osé 2 is a stimulation device for a clitoris.<br><br>The Lora DiCarlo website (available at https://www.loradicarlo.com/ose2, referred to throughout as "the Lora DiCarlo website") provides relevant descriptions and images.<br><br>For example, the Lora DiCarlo website has the following image of the Osé 2:<br><br>[Image of Osé 2 with labels: A CLITORAL MOUTH, B CLITORAL STIMULATOR, D G-SPOT STIMULATOR, E INSERTABLE LENGTH, C FLEXIBLE BODY]<br><br>The Lora DiCarlo website also says:<br><br>*"The Clitoral Stimulator is designed to replicate the sensation of the mouth and tongue over the glans clitoris. Its smooth ridges rest within the outer labia to provide rhythmic thrumming throughout the full body of the clitoris. Choose from 10 intensity levels to find just the right amount of stimulation."*<br><br>*"The clitoral stimulator is extremely flexible and can bend side to side and front to back. Note the angle needed to make the clitoral stimulator press flat against your vulva, making sure the glans clitoris is inside the clitoral mouth. Bend the clitoral stimulator sharply where it connects to the flexible body, this may create a crimp or wrinkle in the silicone, which is completely normal. Turn off and remove Osé 2 to make macro adjustments until the clitoral mouth touches your clitoris at the angle you like. It should create a light seal with the body and feel like a mild suction."* |

Exhibit 5
Page **1** of **18**

| Claim Language of the '851 Patent | Osé 2 |
|---|---|
| a pressure field generator comprising: | The Osé 2 has a pressure field generator.<br><br>The following annotated copies of photographs of a partially disassembled Osé 2 and a disassembled Osé 2 (in cross section) show a pressure field generator (E) in the Osé 2.<br><br><br><br><br><br>The pressure field generator (E) of the Osé 2 produces both positive and negative pressures, as shown in the below graph, in which 0 kPa represents the prevailing pressure acting on the device prior to operation (i.e., ambient pressure), which is the reference pressure. The '851 Patent explains the reference pressure is the prevailing ambient pressure acting on the device prior to placing the stimulation device on the area of the skin. *See, e.g.,* '851 Patent, col. 4, ll. 20-25; col. 12, ll. 49-56. |

Exhibit 5
Page **2** of **18**

| Claim Language of the '851 Patent | Osé 2 |
|---|---|
| | The graph below shows pressures modulating between positive pressures (pressure measurements greater than 0 kPa) and negative pressures (pressure measurements less than 0 kPa) with respect to the reference pressure measured by a differential pressure sensor, i.e., a pressure sensor measuring pressure changes against the prevailing ambient pressure (not measurement of absolute pressure by an absolute pressure sensor).<br><br>[Graph showing Relative Pressure (kPa) vs Time (seconds), oscillating between approximately +8 and -6 kPa] |
| a first chamber having a single opening; | The pressure field generator of the Osé 2 includes a first chamber having a single opening.<br><br>The following annotated copy of a photograph shows a partial cross section of a disassembled Osé 2 including the first chamber (A) of the pressure field generator (E).<br><br>[Annotated photograph showing disassembled Osé 2 with labels A and E]<br><br>Below is an annotated copy of a photograph of a cross-section of the pressure field generator showing chamber (A). |

Exhibit 5
Page **3** of **18**

| Claim Language of the '851 Patent | Osé 2 |
|---|---|
| |  |
| | Below is an annotated copy of a photograph of both cross sections of the first chamber (A). |
| |  |
| | The two annotated copies of photographs of a disassembled Osé 2 below, the first one showing a cross-sectional view and the second one showing a perspective end view of the device, indicate the single opening (indicated by the arrow) of the first chamber (A) of the Osé 2. |
| |   |

Exhibit 5
Page **4** of **18**

| Claim Language of the '851 Patent | Osé 2 |
|---|---|
| a second chamber having first and second openings, the second opening of the second chamber for placing over the clitoris; and | The pressure field generator of the Osé 2 includes a second chamber having first and second openings, the second opening of the second chamber for placing over the clitoris.<br><br>The following two annotated copies of photographs show a first opening and a second opening of a second chamber (B). The first image is a perspective end view of a portion of the Osé 2 and the second image is a cross-sectional view. |

Exhibit 5
Page **5** of **18**

| Claim Language of the '851 Patent | Osé 2 |
|---|---|
| | The second opening of the second chamber of the Osé 2 is for placing over the clitoris.<br><br>The Lora DiCarlo website also describes and shows the opening for the second chamber (B) for placing over the clitoris:<br><br>"*Get to know your body first - warm up and explore by using the clitoral stimulator by itself at different angles over the clitoris and vulva. Many people enjoy placing the clitoral mouth directly over/around the glans clitoris.*"<br><br>"*The clitoral stimulator is extremely flexible and can bend side to side and front to back. Note the angle needed to make the clitoral stimulator press flat against your vulva, making sure the glans clitoris is inside the clitoral mouth. Bend the clitoral stimulator sharply where it connects to the flexible body, this may create a crimp or wrinkle in the silicone, which is completely normal. Turn off and remove Osé 2 to make macro adjustments until the clitoral mouth touches your clitoris at the angle you like. It should create a light seal with the body and feel like a mild suction.*" |

Exhibit 5
Page **6** of **18**

| Claim Language of the '851 Patent | Osé 2 |
|---|---|
| a connection element having a first opening and a separate second opening thereby forming a straight channel connecting the single opening of the first chamber with the first opening of the second chamber; | The pressure field generator of the Osé 2 includes a connection element having a first opening and a separate second opening thereby forming a straight channel connecting the single opening of the first chamber with the first opening of the second chamber.<br><br>The first opening and second opening of the connection element (J) form a straight channel (see the annotated copy of a photograph of an Osé 2 in cross-section below) connecting the single opening of the first chamber (A) with the first opening of the second chamber (B).<br><br>[annotated photograph showing labels A, B, and J] |
| a drive unit that changes a volume of the first chamber in such a manner that a stimulating pressure field is generated in the second chamber via the connection element; and | The Osé 2 has a drive unit that changes a volume of the first chamber in such a manner that a stimulating pressure field is generated in the second chamber via the connection element, as shown in the following annotated copy of a photograph of a disassembled Osé 2. |

Exhibit 5
Page **7** of **18**

| Claim Language of the '851 Patent | Osé 2 |
|---|---|
| | <br><br>The drive unit (D) changes the volume of the first chamber (A) of the pressure field generator (E) in a such a manner that a stimulating pressure field is generated in the second chamber (B). The change in volume of first chamber (A) generates a stimulating pressure field in the second chamber (B) via the connection element (J), as shown.<br><br>The following annotated copies of photographs of a disassembled Osé 2 show the change in volume of the first chamber (A) caused by the drive unit (D). As shown in the annotated copies of photographs below, the volume of the first chamber (A) decreases and increases. The change in volume of first chamber (A) is in such a manner that a stimulating pressure field is generated in the second chamber (B) via the connection element (J).<br><br> <br><br>During operation, the change in volume of first chamber (A) is in such a manner that a stimulating pressure field is generated in the second chamber (B) via the connection element (J), as shown in the below graph. |
Exhibit 5
Page **8** of **18**

| Claim Language of the '851 Patent | Osé 2 |
|---|---|
| | The '851 Patent explains the reference pressure is the prevailing ambient pressure acting on the device prior to placing the stimulation device on the area of the skin. *See, e.g.*, '851 Patent, col. 4, ll. 20-25; col. 12, ll. 49-56.<br><br>In the graph, 0 kPa represents the prevailing pressure acting on the device prior to operation (i.e., ambient pressure), which is the reference pressure. The graph below shows pressures modulating between positive pressures (pressure measurements greater than 0 kPa) and negative pressures (pressure measurements less than 0 kPa) with respect to the reference pressure measured by a differential pressure sensor, i.e., a pressure sensor measuring pressure changes against the prevailing ambient pressure (not measurement of absolute pressure by an absolute pressure sensor). |
| a control device that actuates the drive unit; and | The Osé 2 has a control device that actuates the drive unit. The following are annotated copies of photographs taken of the outside and the inside of a disassembled Osé 2, showing a control device for changing intensity levels in the device, including a printed circuit board assembly (F) that controls the drive unit (D) (i.e., the motor) inside the device upon activation by the buttons projecting outside of the device housing. |

Exhibit 5
Page **9** of **18**

| Claim Language of the '851 Patent | Osé 2 |
|---|---|
| | [Photograph of disassembled Osé 2 showing internal components labeled F and D] |
| | The Lora DiCarlo website also has the following image for the Osé 2, which shows the user interface for controlling the drive unit to change intensity levels of the Osé 2: |
| | [Diagram of Osé 2 user interface showing: Magnetic Charging Pins (F), Clitoral Stimulator Intensity Button (G), G-Spot Stroke Length Button (H), G-Spot Stroke Speed Button (I), Power Button (J)] |
| a housing enclosing the pressure field generator, the drive unit, and the control device; wherein: | The Osé 2 has a housing enclosing the pressure field generator, the drive unit, and the control device.<br><br>The following are annotated copies of photographs of a disassembled Osé 2. The first annotated copy of a photograph shows a housing (I), a pressure field generator (E), including the first chamber (A) and second chamber (B), a drive unit (D), and a control device (image shows the profile of the user interface (K) and circuit board (F)). The second annotated copy of a photograph shows a housing with the pressure field generator, including a cross-section of a first chamber (A), second |

Exhibit 5
Page **10** of **18**

| Claim Language of the '851 Patent | Osé 2 |
|---|---|
| | chamber (B), and connection element (J), the drive unit (D), and the control device (including printed circuit board assembly (F)).  The following copies of photographs of an Osé 2 show an intact housing of the Osé 2. |

Exhibit 5
Page **11** of **18**

| Claim Language of the '851 Patent | Osé 2 |
|---|---|
| | ![Osé 2 device images] |
| the pressure field generated in the second chamber consists of a pattern of negative and positive pressures modulated with respect to a reference pressure, | In the Osé 2, the pressure field generated in the second chamber consists of a pattern of negative and positive pressures modulated with respect to a reference pressure.

During operation, the pressure field generated in the second chamber of the Osé 2 consist of a pattern of negative and positive pressures modulated with respect to a reference pressure, as shown in the below graph. In the graph, 0 kPa represents the prevailing pressure acting on the device prior to operation (i.e., ambient pressure), which is the reference pressure. The '851 Patent explains the reference pressure is the prevailing ambient pressure acting on the device prior to placing the stimulation device on the area of the skin. *See, e.g.*, '851 Patent, col. 4, ll. 20-25; col. 12, ll. 49-56.

The graph below shows pressures modulating between positive pressures (pressure measurements greater than 0 kPa) and negative pressures (pressure measurements less than 0 kPa) with respect to the reference pressure measured by a differential pressure sensor, i.e., a pressure sensor measuring pressure changes against the prevailing ambient pressure (not measurement of absolute pressure by an absolute pressure sensor). |

Exhibit 5
Page **12** of **18**

| Claim Language of the '851 Patent | Osé 2 |
|---|---|
| | 

The following annotated copies of photographs show a cross section of the Osé 2 during a negative pressure (first photograph, on left) and a positive pressure (second photograph, on right): |
| the first chamber is connected with the second chamber solely by the connection element, | The first chamber of the Osé 2 is connected with the second chamber solely by the connection element.

The following annotated copy of a photograph of a disassembled Osé 2 shows the pressure field generator (E), including the first chamber (A) solely connected with the second chamber (B) by the connection element (J). |

Exhibit 5
Page **13** of **18**

| Claim Language of the '851 Patent | Osé 2 |
|---|---|
| | |
| the stimulation device has no valves, | There are no valves in the Osé 2. |
| the stimulation device is a portable hand-held device with a battery, | The Osé 2 is a stimulation device that is a portable hand-held device and has a battery. The user guide of the Osé 2 on the Lora DiCarlo website provides the following specifications of the Osé 2, including a "battery":

**OSE 2 SPECIFICATIONS**
**Materials:** Body-safe silicone and ABS plastic
**Overall Product Size:** 160 x 130 x 73 mm / 6.3 x 5.1 x 2.9 in.
**Insertable Length:** up to 118 mm / 4.6 in.
**Insertable Diameter:** 34 mm / 1.3 in.
**Clitoral stimulator dimension:** 40 x 33 mm / 1.6 x 1.3 in.
**Clitoral mouth dimension:** 15 x 20 mm / .6 x .8 in.
**Weight:** 330 g / 11.6 oz.
**Battery:** Rechargeable
**Charging:** 2 hours
**Use Time:** 1 hour
**Interface:** 4 button

The following annotated copy of a photograph of a disassembled Osé 2 shows the rechargeable battery (L) in the assembly: |

Exhibit 5
Page **14** of **18**

| Claim Language of the '851 Patent | Osé 2 |
|---|---|
| | 
The Lora DiCarlo website shows that the Osé 2 is a portable, hand-held device: |

Exhibit 5
Page **15** of **18**

| Claim Language of the '851 Patent | Osé 2 |
|---|---|
| the connection element is rigid and the first and second openings of the connection element are aligned to one another so that a media flow during a compression of the first chamber is directed to the clitoris through the straight channel with a nozzle effect, and | The connection element of the Osé 2 is rigid and the first and second openings of the connection element are aligned to one another so that a media flow during a compression of the first chamber is directed to the clitoris through the straight channel with a nozzle effect.<br><br>The following is an annotated copy of a photograph taken of a disassembled Osé 2 showing the rigid connection element (J) in-tact, and the first and second openings of the connection element are aligned to one another.<br><br><br><br>The following annotated copy of a photograph shows pressure field generator (E) of the Osé 2 in an uncompressed state, wherein the connection element (J) is rigid and the first and second openings of the connection element (J) are aligned to one another.<br><br> |

Exhibit 5
Page **16** of **18**

| Claim Language of the '851 Patent | Osé 2 |
|---|---|
| | The following annotated copy of a photograph of the Osé 2 shows the pressure field generator (E) in a compressed state, wherein media flow during the compression of the first chamber (A) is directed to the clitoris (when in operation) through the straight channel with a nozzle effect. |
| the second opening of the connection element is configured to face the clitoris through the second chamber. | In the Osé 2, the second opening of the connection element is configured to face the clitoris through the second chamber.<br><br>The Lora DiCarlo website has the following images of the Osé 2, which show the directions for placing a second opening of the connection element to face the clitoris through the second chamber (B): |

Exhibit 5
Page **17** of **18**

| Claim Language of the '851 Patent | Osé 2 |
|---|---|
| | The below copies of photographs of an assembled (first image) and dissembled (annotated, second image) Osé 2 show the **second opening of the connection element (J) is configured to face the clitoris through the second chamber (B)**: |

Exhibit 5
Page **18** of **18**