## REPRESENTATIVE CLAIM CHART 8:
## OSÉ AND CLAIM 1 OF U.S. PATENT NO. 11,090,220 ("'220 PATENT")

| Claim Language of the '220 Patent | Osé |
|---|---|
| **1.** A stimulation device comprising: | The Osé is a stimulation device:<br><br>As stated in Lora DiCarlo Quick Start Guide (image below), the Osé includes a G-spot massager and a clitoral stimulator.<br><br>**GET TO KNOW OSÉ**<br>**A** G-spot Massager—mimics the touch of a partner's finger to stroke the G-spot.<br>**B** Flexible Body—molds to your unique anatomy for a custom fit that reaches both pleasure points.<br>**C** Clitoral Stimulator—rests between the outer labia to provide thrumming throughout the full body of the clitoris.<br>**D** Clitoral Mouth—replicates the sensation of the mouth and tongue over the glans clitoris.<br>**E** Power Button—turns Osé ON/OFF.<br>**F** Control Panel—controls the intensity of the Clitoral Stimulator and G-spot Massager, as well as the length of strokes over the G-spot. |

Exhibit 15
Page 1 of 12

| Claim Language of the '220 Patent | Osé |
|---|---|
| | The following description of the Osé is provided on the packaging of the Osé indicating the Osé is a hands-free robotic massager designed for blended orgasms.<br><br>LORA DICARLO<br>OSÉ<br>HANDS-FREE ROBOTIC MASSAGER DESIGNED FOR BLENDED ORGASMS<br>MASSEUR ROBOTISÉ MAINS-LIBRES PRIMÉ, POUR DES ORGASMES MIXTES<br><br>The Fit Guide for the Osé (previously available at https://www.loradicarlo.com/media/guide/pdf/LD_FitGuide_Download_MR_v2_1.pdf) provides the following image of the Osé.<br><br>INSERTABLE LENGTH<br>G-SPOT STIMULATOR<br>FLEXIBLE BODY bends at all points<br>CLITORAL MOUTH<br>CLITORAL STIMULATOR |

Exhibit 15
Page 2 of 12

| Claim Language of the '220 Patent | Osé |
|---|---|
| a chamber having a flexible wall; | The Osé has a chamber having a flexible wall.<br><br>The following annotated copies of photographs of a disassembled Osé (in partial cross section) show a chamber (A) with its flexible wall (B).<br><br>![photograph showing chamber A and flexible wall B]<br><br>![second photograph showing chamber A and flexible wall B] |

Exhibit 15
Page 3 of 12

| Claim Language of the '220 Patent | Osé |
|---|---|
| a drive unit in physical communication with the flexible wall to cause at least a portion of the flexible wall to deflect in opposing directions, thereby resulting in a changing volume of the chamber, the changing volume of the chamber resulting in modulated positive and negative pressures with respect to an ambient pressure; | The Osé has a drive unit (D) in physical communication with the flexible wall (B) to cause at least a portion of the flexible wall to deflect in opposing directions, thereby resulting in a changing volume of the chamber (A), the changing volume of the chamber resulting in modulated positive and negative pressures with respect to an ambient pressure.<br><br>The drive unit (D) is in physical communication with the flexible wall (B) through a slotted link mechanism (also known as a Scotch Yoke). A pin on the end of a disc coupled to the drive unit (D) engages a slot in a yoke coupled to the flexible wall (B), as shown in the following annotated photographs of a disassembled Osé:<br><br><br> |

Exhibit 15
Page 4 of 12

| Claim Language of the '220 Patent | Osé |
|---|---|
| | The drive unit (D) rotates the disc and pin (indicated by the rotational arrow) to move the yoke in a linear manner (indicated by the double-headed arrow on the yoke), and the flexible wall (B) is deflected in opposing directions, thereby resulting in a changing volume of the chamber (A), as shown in the following annotated photographs: |

Exhibit 15
Page 5 of 12

| Claim Language of the '220 Patent | Osé |
|---|---|
| | <br><br>The graph below shows the modulated positive and negative pressures with respect to ambient pressure resulting from the changing volume of the chamber. In the graph, 0 kPa represents the ambient pressure.<br><br>The graph shows the resulting modulated positive pressures (pressure measurements greater than 0 kPa) and negative pressures (pressure measurements less than 0 kPa) with respect to ambient pressure measured by a differential pressure sensor, *i.e.*, a pressure sensor measuring pressure changes against the prevailing ambient pressure (not measurement of absolute pressure by an absolute pressure sensor).<br><br> |

Exhibit 15
Page 6 of 12

| Claim Language of the '220 Patent | Osé |
|---|---|
| an opening configured to sealingly engage a portion of a body of a user including a clitoris, the modulated positive and negative pressures to be applied to the portion of the body via the opening, the opening being a sole opening of the chamber to an exterior of the stimulation device, the flexible wall to sealingly separate the drive unit from the portion of the body; | The Osé includes an opening configured to sealingly engage a portion of a body of a user including a clitoris, the modulated positive and negative pressures to be applied to the portion of the body via the opening, the opening being a sole opening of the chamber to an exterior of the stimulation device, the flexible wall to sealingly separate the drive unit from the portion of the body.<br><br>The following annotated photographs show an opening (E) configured to sealingly engage a portion of a body of a user including a clitoris, that the opening is the sole opening of the chamber (A) to an exterior of the stimulation device, that the flexible wall (B) sealingly separates the drive unit (D) from the portion of the body, and that the modulated positive and negative pressures are applied to the portion of the body via the opening: |

Exhibit 15
Page 7 of 12

| **Claim Language of the '220 Patent** | **Osé** |
|---|---|
| | <br><br>Further, as described in the Lora DiCarlo literature, (previously available at https://www.loradicarlo.com/media/guide/pdf/LD_FitGuide_Download_MR_v2_1.pdf), the opening of the Osé is configured to sealingly engage a portion of a body of a user including the clitoris:<br><br>*"Bend the Clitoral Stimulator sharply where it connects to the Flexible Body, this may create a crimp or wrinkle in the silicone which is completely normal. Insert Osé and note the angle needed to make the Clitoral Stimulator press flat against the vulva. Remove and continue to make micro-adjustments until your glans clitoris is inside the Clitoral Mouth. It should create a light seal with the body and feel like a mild suction."* |

Exhibit 15
Page 8 of 12

| Claim Language of the '220 Patent | Osé |
|---|---|
|  | The below annotated images from the product literature for the Osé show the clitoral mouth (the opening) of the clitoral stimulator placed over the clitoris.

**GET TO KNOW OSÉ**

**A** G-spot Massager—mimics the touch of a partner's finger to stroke the G-spot.

**B** Flexible Body—molds to your unique anatomy for a custom fit that reaches both pleasure points.

**C** Clitoral Stimulator—rests between the outer labia to provide thrumming throughout the full body of the clitoris.

**D** Clitoral Mouth—replicates the sensation of the mouth and tongue over the glans clitoris.

**E** Power Button—turns Osé ON/OFF.

**F** Control Panel—controls the intensity of the Clitoral Stimulator and G-spot Massager, as well as the length of strokes over the G-spot. |

Exhibit 15
Page 9 of 12

| Claim Language of the '220 Patent | Osé |
|---|---|
| a control device configured to receive input from the user and control the drive unit to create the modulated positive and negative pressures; and | The Osé has a control device configured to receive input from the user and control the drive unit to create the modulated positive and negative pressures.<br><br>The following annotated copy of a photograph of a disassembled Osé shows a control device for changing the intensity levels of the Osé, including a printed circuit board assembly (F) that controls the drive unit (D) (*i.e.*, the motor) inside the device upon activation by buttons on the outside of the device housing.<br><br>Further, as described in the user guide (previously available at https://www.loradicarlo.com/guide/ose), the external buttons of the product interact with the control device such that the control device is configured to receive input from the user and control the drive unit to create the modulated positive and negative pressures:<br><br>*"Get to know the buttons…"*<br><br>*"Explore how Osé works by changing the settings on the bottom of your device. Play with it. Feel each function with your hands to understand the sensations and to know how much intensity and pressure you may want for each one."* |

Exhibit 15
Page 10 of 12

| **Claim Language of the '220 Patent** | **Osé** |
|---|---|
| | The graph below is further evidence that the control device controls the drive unit to create the modulated positive and negative pressures. As noted above, positive pressures are pressure measurements greater than 0 kPa and negative pressures are pressure measurements less than 0 kPa with respect to ambient pressure (represented by 0 kPa) measured by a differential pressure sensor. |

Exhibit 15
Page 11 of 12

| Claim Language of the '220 Patent | Osé |
|---|---|
| a housing enclosing the drive unit and the control device. | The Osé has a housing (H) enclosing the drive unit (D) and the control device (F), as shown in the following annotated copies of photographs of the disassembled and assembled device: |

Exhibit 15
Page 12 of 12