Steven T. Lovett, OSB No. 910701
steve.lovett@stoel.com
Nathan C. Brunette, OSB No. 090913
nathan.brunette@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| NOVOLUTO GMBH, a German company, | Case No.: 6:20-cv-02284-MK |
| Plaintiff, | MOTION TO WITHDRAW AS COUNSEL |
| v. | |
| UCCELLINI LLC D/B/A LORA DICARLO, an Oregon limited liability company, | |
| Defendant. | |

**LOCAL RULE 7-1(a) STATEMENT:**

Pursuant to Local Rule 7-1(a), counsel for Defendant conferred with counsel for Plaintiff by video conference on November 15, 2022 as to the relief requested in this motion. Plaintiff does not oppose this motion.

**MOTION TO WITHDRAW AS COUNSEL:**

Stoel Rives, LLP, counsel for Defendant, has ground for withdrawal pursuant to Oregon Rules of Professional Conduct Rule 1.16. As such, counsel for Defendant hereby moves to withdraw as counsel in this action pursuant to Local Rule 83-11(a).

If the Court requires additional information to assess the basis for this motion, counsel for Defendant is prepared to submit a declaration in camera identifying in greater detail its grounds for seeking withdrawal under Oregon Rules of Professional Conduct 1.16.

Pursuant to Local Rule 83-11(a), this motion is being served on Defendant by email to Lora DiCarlo (lora@loradicarlo.com) and Greg Dalit (greg@centauri.capital).

DATED: November 15, 2022.

STOEL RIVES LLP

*/s/ Steven T. Lovett*
STEVEN T. LOVETT, OSB No. 910701
steve.lovett@stoel.com
NATHAN C. BRUNETTE, OSB No. 090913
nathan.brunette@stoel.com
Telephone: 503.224.3380

Attorneys for Defendant

Page 2   -   MOTION TO WITHDRAW AS COUNSEL

117457219.1 0068322-00004