IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NOVOLUTO GMBH,

       Plaintiff,

   v.

UCCELLINI INC. D/B/A/ LORA DICARLO,

       Defendant.
_____

Civ. No. 6:20-cv-02284-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 80), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Defendant did not file objections, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

    Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 80) is adopted in full. Plaintiff's Motion for Default Judgment is GRANTED.

IT IS SO ORDERED.

    DATED this 30th day of August, 2023.

                                                  _____/s/ Michael J. McShane_____
                                                          Michael McShane
                                                   United States District Judge

1 –ORDER